Village of East Hills

209 Harbor Hill Road

East Hills, NY 11576