UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In re:                                              :         Chapter 11
                                                    :         Case No: 8-19-70829
ROSYLN SEPHARDIC CENTER CORP.                       :
                                                    :
                    Debtors,                        :
-------------------------------------------------------------X

## NOTICE OF APPEARANCE AND REQUEST FOR
## NOTICES AND SERVICE OF PAPERS

**PLEASE TAKE NOTICE,** that the undersigned hereby files this Notice of Appearance and Request for Service of Papers as counsel in this case for ROSYLN SEPHARDIC CENTER CORP.

Pursuant to the applicable Federal Rules of Bankruptcy Procedure, the undersigned does hereby request and demand that the Clerk of this Court and all other parties-in-interest in this proceeding, provide notice of, and where applicable, service of, all motions, applications, orders, pleadings, notices or other communications filed in, or pertaining to this proceeding to the undersigned, whether such motion, application, order, pleading, notice, or other communication is written or oral, formal or informal, by hand delivery, mail, telephone, telex, telecopy, or made in any other manner whatsoever, to the attorney listed below:

> The Law Office of Rachel Blumenfeld
> 26 Court Street, Suite 2220
> Brooklyn, New York  11242
> Attention:  Rachel Blumenfeld, Esq.
> Tel:  (718) 858-9600
> Fax: (718) 858-9601
> E-mail: rblmnf@aol.com

Dated: March 21, 2019
      Brooklyn, New York

                           THE LAW OFFICE OF RACHEL BLUMENFELD

               By:     */s/ Rachel Blumenfeld*
                         Rachel Blumenfeld (RB-1458)
                         Attorney for ROSYLN SEPHARDIC CENTER CORP.
                         26 Court Street, Suite 2220
                         Brooklyn, New York  11242
                         (718) 858-9600

Case 8-19-70829-las    Doc 28    Filed 03/21/19    Entered 03/21/19 12:14:04