

**Berger, Fischoff, Shumer, Wexler & Goodman, LLP**
Attorneys & Counselors at Law

6901 Jericho Turnpike, Suite 230
Syosset, New York 11791
Ph: 516.747.1136 | Fax: 516.747.0382

1517 Voorhies Avenue, 2nd Floor
Brooklyn, New York 11235
Ph: 718.934.8811 | Fax: 718.934.8992

Reply to: [X] Syosset Office
[ ] Brooklyn Office

Heath S. Berger
Maryanne Buatti
Gary C. Fischoff*
Peter J. Goodman
Steven E. Shumer
Joel G. Wexler

Brian P. Schechter
Brad A. Schlossberg
Randi E. Taub
Christopher T. Wellington

of counsel:

Lawrence P. Krasin
Andrew M. Lamkin

also admitted in New Jersey*

March 22, 2019

United States Bankruptcy Court
Eastern District of New York
290 Federal Plaza
Central Islip, New York 11722
Attn: Hon. Louis A. Scarcella

Re: Roslyn Sefardic Center Corp.
Case No.: 19-70829

Dear Judge Scarcella:

This letter shall serve to advise that Cross-Motion for Relief from Stay filed by L&L Associate Holding on February 25, 2019 [Docket No.: 24] is being withdrawn.

Should you have any questions, please feel free to contact me.

Respectfully,

Gary C. Fischoff

GCF/af

www.bfslawfirm.com
East Islip, New York | Centereach, New York
(by appointment only)